IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-01892-REB-BNB

AURORA LOAN SERVICES, LLC, as Master Servicer or Loan Administrator for
Structured Asset Invest Loan Trust Mortgage Pass-Through Certificates Series
  2003-BC3,
Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates Series
  2004-3,
Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates Series
  2004-GEL-3,
Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates Series
  2006-BC3,
Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates Series
  2007-BC2,
LEHMAN BROTHERS BANK, FSB, and
LEHMAN BROTHERS HOLDING, INC.,

     Plaintiffs,
v.

FIELDSTONE MORTGAGE COMPANY,

     Defendant.

## ORDER DIRECTING ADMINISTRATIVE CLOSURE

**Blackburn, J.**

     This matter is before me a *sua sponte* status review. On November 27, 2007, I entered an **Order To Show Cause** [#18] directing the plaintiffs to show cause in writing by December 12, 2007, why this case should not be closed administratively, under D.C.COLO.L.Civ.R 41.2. My Order to Show Cause was prompted by the filing of a notice of the defendant's Chapter Eleven bankruptcy proceeding. The plaintiffs have not responded to my Order to Show Cause, and there has been no further activity in this case.

Considering these circumstances, I conclude that this case should be closed administratively. Any party may seek to re-open this case on a showing of good cause.

**THEREFORE, IT IS ORDERED** that under **D.C.COLO.L.Civ.R. 41.2** the clerk **IS DIRECTED** to close this civil action administratively subject to re-opening for good cause.

Dated January 3, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**